KENDRICK BLANCHARD, Appellant, *v.* LUCRETIA BLAN-CHARD et al., Respondents.

(Submitted September 17, 1877 ; decided September 25, 1877.)

REPORTED below, 4 Hun, 287.

*James Lyon*, for appellant.

*John D. Teller* and *George Rich*, for respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.